**Order filed June 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00186-CV
_____

### IN THE INTEREST OF W.J.B. & J.B., CHILDREN

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2009-23300**

---

## O R D E R

The clerk's record was filed March 16, 2015. Our review has determined that a relevant item(s) has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

(1) The trial court's order signed March 7, 2013, placing the children in the Department's temporary managing conservatorship; and

(2) The trial court's order signed February 24, 2014, extending the 12-month dismissal deadline.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 30, 2015**, containing both orders set forth above.

If the omitted item(s) is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM